# EXHIBIT 1

CSC

null / ALL
Transmittal Number: 34550944
Date Processed: 07/17/2026

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Emily Faries<br>Lowe's Companies, Inc.<br>1000 Lowes Blvd<br>Mooresville, NC 28117-8520 |

| | |
|---|---|
| **Entity:** | Lowe's Home Centers, LLC<br>Entity ID Number 2515365 |
| **Entity Served:** | Lowe's Home Centers LLC d/b/a Lowe's |
| **Title of Action:** | Michael Erickson vs. Lowe's Home Centers LLC d/b/a Lowe's |
| **Matter Name/ID:** | Michael Erickson vs. Lowe's Home Centers LLC d/b/a Lowe's (19596916) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Kershaw County Court of Common Pleas, SC |
| **Case/Reference No:** | 2026CP2800796 |
| **Jurisdiction Served:** | South Carolina |
| **Date Served on CSC:** | 07/16/2026 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Floyd & Spangler, Attorneys at Law<br>803-739-1824 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

**Floyd & Spangler, Attorneys at Law**
1611 Augusta Road
West Columbia, South Carolina 29169
(803) 739-1824 (phone) • (803) 719-4129 (fax)

H. Wayne Floyd *(1944-2021)*
Colin T.L. Spangler
*Attorneys at Law*
colin@spanglerlawoffice.com

July 14, 2026

CORPORATION SERVICE COMPANY
Attn: Lowe's Home Centers, LLC
100 Coastal Drive, Suite 210
Charleston, South Carolina 29492
via certified mail

| | |
|---|---|
| **Re:** | **Service of Summons and Complaint** |
| **Case:** | **Michael Erickson v. Lowe's Home Centers, LLC, D/B/A Lowe's** |
| **Case No.:** | **2026-CP-28-00796** |

To the Above-Named Parties,

Please find enclosed for service upon you the Summons and Complaint for the above-noted case pending in Kershaw County, South Carolina.

***Floyd & Spangler, Attorneys at Law***
Colin T.L. Spangler, Esquire
(803) 739-1824
email: colin@spanglerlawoffice.com
web: westcolumbialaw.com

ENCL. Summons and Complaint

ELECTRONICALLY FILED - 2026 Jul 14 12:20 PM - KERSHAW - COMMON PLEAS - CASE#2026CP2800796

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA<br>COUNTY OF KERSHAW | ) | IN THE COURT OF COMMON PLEAS<br>FIFTH JUDICIAL CIRCUIT |
| Michael Erickson,<br>Plaintiff,<br>v. | ) | CIVIL ACTION No.: |
| Lowe's Home Centers LLC,<br>d/b/a Lowe's,<br><br>Defendant. | ) | **SUMMONS** |

---

TO: THE DEFENDANT ABOVE-NAMED:

YOU ARE SUMMONED and required to answer the Complaint herein, a copy of which is served upon you, on Colin T.L. Spangler, Attorney at Law, at his office at 1611 Augusta Road, West Columbia, South Carolina, 29169, within thirty (30) days after service of this Complaint, exclusive of the day of such service. If you fail to answer the Complaint within the time period set forth above, Plaintiff will apply to the Court for the relief demanded in the Complaint and judgment by default will be rendered against you for the relief demanded in the Complaint.

DATED this 14th day of July, 2026.

**BY: Floyd & Spangler, Attorneys at Law**

/s/ Colin T.L. Spangler
Colin T.L. Spangler, Esq. # 103283
1611 Augusta Road
West Columbia, South Carolina
colin@spanglerlawoffice.com
(803) 739-1824

ELECTRONICALLY FILED - 2026 Jul 14 12:20 PM - KERSHAW - COMMON PLEAS - CASE#2026CP2800796

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA<br>COUNTY OF KERSHAW | ) | IN THE COURT OF COMMON PLEAS<br>FIFTH JUDICIAL CIRCUIT |
| Michael Erickson,<br>Plaintiff,<br>v. | ) | CIVIL ACTION No.: |
| Lowe's Home Centers, LLC,<br>d/b/a Lowe's,<br>Defendant. | ) | **COMPLAINT** |

---

COMES NOW, Plaintiff Michael Erickson (hereinafter "Plaintiff") by and through undersigned counsel, complaining of the above-named Defendant Lowe's Home Centers LLC, respectfully submitting to this Honorable Court as follows:

**PARTIES AND JURISDICTION/VENUE**

1. Plaintiff is a resident of Lexington County, South Carolina.
2. Defendant Lowe's Home Centers, LLC, is a limited liability company organized in North Carolina and registered to do business in South Carolina.
3. Upon information and belief, Defendant Lowe's Home Centers, LLC, owns and/or operates numerous Lowe's stores throughout the state of South Carolina; including the location at 11 Bay Lane in Camden, South Carolina, which is located in Kershaw County.
4. All of the acts and omissions alleged herein occurred in Kershaw County, South Carolina.
5. Jurisdiction and venue are proper over this claim and the parties.

ELECTRONICALLY FILED - 2026 Jul 14 12:20 PM - KERSHAW - COMMON PLEAS - CASE#2026CP2800796

## GENERAL ALLEGATIONS

6. Plaintiff restates all prior allegations as if set forth verbatim here.
7. On or about November 14, 2025, Plaintiff was shopping at Defendant's Lowe's store located at 11 Bay Lane in Camden, South Carolina 29020 (hereinafter "Defendant's location").
8. While inside Defendant's location, Plaintiff entered the men's restroom.
9. After entering the restroom, Plaintiff slipped on the floor, which was wet and slick due to the presence of a liquid substance.
10. There were no visible warning signs or other warnings alerting Plaintiff to the dangerous condition on the floor.
11. The slick floor caused Plaintiff to slip and fall to the ground, resulting in serious and permanent injuries to his back.
12. Following the incident, Plaintiff underwent treatment with multiple medical providers for his injuries.

## SPECIFIC ALLEGATIONS

### First Cause Action: Negligence and Recklessness

### (PREMISES LIABILITY)

13. Plaintiff restates all prior allegations as if set forth verbatim here.
14. Defendant owed a duty to the public, including Plaintiff, to keep its business in a reasonably safe condition, free from risks and hazards, including slick and/or wet floors.

ELECTRONICALLY FILED - 2026 Jul 14 12:20 PM - KERSHAW - COMMON PLEAS - CASE#2026CP2800796

15. Defendant owed a duty to warn Plaintiff of dangers and risks they knew of or should have known of, including slick and/or wet floors.
16. Defendant owed a duty to take reasonable steps to remedy any dangers or risks they knew of or should have known of, including slick and/or wet floors.
17. Defendant owed a duty to not allow a dangerous condition to be created by their employees, vendors, or customers, including slick and/or wet floors.
18. Defendant breached this duty and acted negligently and recklessly in the following ways:
    a. Failure to keep walkways and floors free of moisture, wetness, liquids, and any other substances that create slip hazards;
    b. Failure to warn customers of moisture, wetness, liquids, and any other substances that create slip hazards;
    c. Failure to remedy dangerous conditions created by employees, vendors, or other customers;
    d. Failing to properly train and instruct employees on identification of hazards;
    e. Failing to properly train and instruct employees on remedying dangerous conditions; and
    f. In all other ways discovered throughout litigation of this case.

**DAMAGES**

19. As a proximate and direct result of the aforementioned acts and/or omissions of Defendant, Plaintiff sustained damages including:

ELECTRONICALLY FILED - 2026 Jul 14 12:20 PM - KERSHAW - COMMON PLEAS - CASE#2026CP2800796

a. Pain and suffering,

b. Injuries to his back and spine,

c. Limitation of motion,

d. Worry, headaches, mental anguish, and mental anxiety,

e. Lost Wages,

f. Permanent impairment, injuries, scars, and disabilities,

g. Inability to perform his activities of daily living,

h. Current and future medical bills,

i. Loss of enjoyment of life, and

j. Any other losses which may be discovered throughout litigation of this matter.

WHEREFORE, Plaintiff Prays this Court enter judgment against Defendant for actual and punitive damages, for costs of this action, any other relief this Honorable Court deem just, in an amount to be determined by jury.

RESPECTFULLY SUBMITTED

DATED this 14th day of July, 2026.

BY:________**FLOYD & SPANGLER, ATTORNEYS AT LAW**

/s/ Colin T.L. Spangler
Colin T.L. Spangler, Esq. # 103283
1611 Augusta Road
West Columbia, South Carolina
colin@waynefloydlaw.com
(803) 739-1824

CERTIFIED MAIL

**Floyd & Spangler Law Office**
1611 Augusta Rd.
West Columbia, SC 29169
*or*
P.O. Box 3972
West Columbia, SC 29171-3972

9589 0710 5270 2993 2051 86

Retail

29492

RDC 99

U.S. POSTAGE PAID
FCM LETTER
WEST COLUMBIA, SC
JUL 14, 2026

$11.31

S2324M503052-17

CORPORATION SERVICE COMPANY
Attn: Lowe's Home Centers, LLC
100 Coastal Drive, Suite 210
Charleston, South Carolina 29492

29492-697060